FILED
AUG 1 2 2008
RICHARD W. WIEKING
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
N/A

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name Haugabook    Douglas
   (Last)        (First)      (Initial)

3  Prisoner Number P-05982                AYARD-AS Block-112

4  Institutional Address P.O. Box 7500 - Pelican Bay-cell-A5 112

5  State Prison Crescent City Calif 95532

6  ============================================

MOLLY C. DWYER CLERK
U.S. COURT OF APPEALS

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

AUG - 5 2008

8  Douglas Haugabook
   (Enter the full name of plaintiff in this action.)

FILED_____
DOCKETED_____
DATE        INITIAL

9

   vs.                                Case No.
                                      (To be provided by the clerk of court)
10  Robert A. Horbel

                                      CV 08 3860

11  warden, California               PETITION FOR A WRIT
                                     OF HABEAS CORPUS
12  Petition Pelican Bay State                          SI

13  Prison.

14  (Enter the full name of respondent(s) or jailor in this action)    E-filing    (PR)

15

16  ============================================
   Read Comments Carefully Before Filling In

17  When and Where to File

18      You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

RECEIVED
JUL 1 2 2008

PET. FOR WRIT OF HAB. CORPUS       - 1 -

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14                 <u>Superior Court</u>        <u>San Francisco Calif</u>

15                 Court                              Location

16          (b)    Case number, if known _____

17          (c)    Date and terms of sentence <u>25 to life</u>

18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                 parole or probation, etc.)        Yes <u>✓</u>   No _____

20                 Where?

21                 Name of Institution: <u>Pelican Bay State Prison</u>

22                 Address: <u>P.O. Box 7500 - Crescent City Calif, 955</u>32

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  <u>Robbery in 2nd Degree 212.5(b)</u>

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1  3. Did you have any of the following?

2     Arraignment:                    Yes ✓    No ____

3     Preliminary Hearing:            Yes ✓    No ____

4     Motion to Suppress:             Yes ✓    No ____

5  4. How did you plead?

6     Guilty ✓    Not Guilty ____    Nolo Contendere ____

7     Any other plea (specify) At first I pleaded~~guilty~~ not guilty but I chang my plea

8  to guilty then I trial to change my plea to not guilty Again
   5. If you went to trial, what kind of trial did you have? But The Judge did not allew me Too

9     Jury ____    Judge alone ____    Judge alone on a transcript ✓

10 6. Did you testify at your trial?              Yes ____    No ✓

11 7. Did you have an attorney at the following proceedings:

12    (a)    Arraignment              Yes ✓    No ____

13    (b)    Preliminary hearing      Yes ✓    No ____

14    (c)    Time of plea             Yes ✓    No ____

15    (d)    Trial                    Yes ____    No ✓ I had a Judge trial

16    (e)    Sentencing               Yes ✓    No ____

17    (f)    Appeal                   Yes ____    No ✓

18    (g)    Other post-conviction proceeding    Yes ____    No ____

19 8. Did you appeal your conviction?            Yes ✓    No ____

20    (a)    If you did, to what court(s) did you appeal?

21           Court of Appeal          Yes ✓    No ____

22           Year: 1998 2002 Result: Denied

23           Supreme Court of California    Yes ✓    No ____

24           Year: 1998 - 2002 Result: Denied

25           Any other court          Yes ____    No ____

26           Year: ____    Result: I exhausted all my Remedies
27           In All State courts

28    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1          petition?                  Yes ✓     No_____

2      (c)    Was there an opinion?          Yes ✓     No_____

3      (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                          Yes ✗     No ✓

5          If you did, give the name of the court and the result:

6          _____

7          _____

8 9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9 this conviction in any court, state or federal?          Yes ✓     No_____

10          [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11 challenged the same conviction you are challenging now and if that petition was denied or dismissed

12 with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13 for an order authorizing the district court to consider this petition. You may not file a second or

14 subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15 U.S.C. §§ 2244(b).]

16      (a)    If you sought relief in any proceeding other than an appeal, answer the following

17          questions for each proceeding. Attach extra paper if you need more space.

18        I.    Name of Court: State Superior Court

19           Type of Proceeding: Writ way of Habeas corpus

20           Grounds raised (Be brief but specific):

21           a. Ineffective of assistance of counsel

22           b. 6 and 14 Amendment Adjusment ped has been violated by—

23           c. – due process. Petitioner intelligently

24           d – And involuntarily pleaded guilty

25           Result: Denied        Date of Result: 5/1999

26        II.    Name of Court: State Superior Court

27           Type of Proceeding: Writ of Habeas corpus

28           Grounds raised (Be brief but specific):

1  a. **Grounds raised**, Petitioners 14 Amendment
2  b. Rights have been violated by due process
3  c. And due to plea not being Intelligently and
4  d. Knowingly And Also on current conviction

Also 6 Amendment Rights has Been Violated

Result: Denied          Date of Result: 12/1999

III.  Name of Court: State Appeal court

Type of Proceeding: Writ / Habeas Corpus

Grounds raised (Be brief but specific):

a. Petitioners 6th Amendment Rights
b. have been violated due to Ineffective
c. Assistance of Counsel on this Conviction and
d. In 1993. In 1993 William came in the bullpen And told me that I could no longer waive time when I wanted two.

Result: Denied          Date of Result: May 2000

IV.  Name of Court: State Supreme Court

Type of Proceeding: writ / Habeas corpus

Grounds raised (Be brief but specific):

a. Ineffective Assistance of counsel
b. Also I never Signed my Name concerning
c. this committment or plea bargain so the
d. State of California is unlawfully holding me

Result: Denied          Date of Result: 1/2000

(b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____   No ✓

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space.  Answer the same questions for each claim.

2  [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: There's no Reason why I shall continue too be

6  Confined due to Ineffective assistance of counsel and I never

7  SIgned my name on any paper work or form concerning this plea bargain
   Supporting Facts:

8  when I got sentence on this term I never sign

9  my name on any type of paper work and my trial (by Judge)

10  lawyer I an Love sett told the Judge claude perasso that I can

11  Claim Two: or will attack my prior strikes (that I suffered) by

writ → 12  way of Habeas corpus and I have been successfull so far and all

13  Supporting Facts: of my Habeas corpus have been denied. So

14  This Petitioner rights have been violated

15  due to the fact because I tried to take my plea back but

16  the Judge Claude Perasso and the District Attorney did not

17  Claim Three: allow me too. I have Been on medication both on the

18  streets and in prison, petitioner has also raised mental issues

19  Supporting Facts: Petitioner was in court my Attorney did not

20  seek my medical records my attorney was incompetent

21  to ask me to Accept A plea bargain for 25 years

22  to life which by doing this it did not make any sense

23  And he also coherse me to Accept a plea bargain for life in
   If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:
   prison

25  The grounds that were not presented in

26  the state superior court in the year of 1993

27  was whether I petitioner was out of the

28  state prison New Folsom And Pelican Bay prison
   was whether I was out on the streets for over a

PET. FOR WRIT OF HAB. CORPUS    - 6 - 5 year period and the District
attorney did not prove this fact in court connected to the
case pertaining to my case which is People Versus Larry Jones

1        List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4    The People Plaintiff and Respondent. v. Larry Jones

5    Defendant and Appellant Crim B030974, August 1988

6    _____

7    Do you have an attorney for this petition?                    Yes_____    No _X_

8    If you do, give the name and address of your attorney:

9    NO  BY PASS, I AM ACTING Pro/Per AS MY OWN Attorney

10       WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13   Executed on May 23, 2008                    Douglas Haugabook

14                  Date                              Signature of Petitioner

15

16

17

18

19

20   (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

### A.    Non-habeas Civil Actions

The filing fee for any civil action other than a habeas is $250.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $150.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

### B.    Habeas Actions

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $150.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER-Rev. 6/02

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254**

**I.    Scope of 28 U.S.C. §§ 2254**

You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws. You may challenge either the fact or duration of your state sentence; however, any challenge to violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by the clerk of the court.

Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted unless it appears that you have exhausted the remedies available in state court.

**II.    Filing a Petition**

To start a habeas action, you must send the court the following items: (1) an original petition and (2) a check or money order for $5.00 or an original Prisoner's Application to Proceed In Forma Pauperis. In addition to these instructions, this packet includes a petition for a writ of habeas corpus form and an Application to Proceed In Forma Pauperis. You must use the forms provided with this packet and not any other version. You should keep a copy of the petition and in forma pauperis application for your own records.

When you have completed the forms, mail the originals to Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

**NOTE**: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).

**III.    Filing Fees**

In order for the petition to be filed, it must be accompanied by the filing fee of $5.00. If you are unable to pay the filing fee, you may petition the court to proceed in forma pauperis. A Prisoner's Application to Proceed In Forma Pauperis form for this purpose is included in this packet. You must complete the application, sign it and declare under penalty of perjury that the facts stated therein are correct. File the application with your petition and keep a copy for your records.

**IV.    Petition Form**

Your petition must be legibly handwritten or typewritten, and you must sign it and declare under penalty of perjury that the facts stated in it are correct. Read the entire petition form before answering any questions. You will note that brief explanatory comments appear throughout the form. Read these carefully before you answer the questions because they are intended to help you fill out the petition as well as ensure that you file your petition in the proper court.

PetitionHC-6-02.wpd (Rev. 6/02)

Complete all applicable questions in the proper blank spaces. If you need additional space to answer a question, you may attach additional blank pages. Make clear the question to which any such continued answer refers.

Only one sentence or conviction may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

### V.    After Petition Is Filed

You will be notified as soon as the court issues an order. It is your responsibility to keep the court informed of any changes of address to ensure that you receive court orders. Failure to do so may result in dismissal of your suit.

### VI.    Inquiries And Copying Requests

Because of the large volume of cases filed by inmates in this court and limited court resources, the court will not answer inquiries concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

MC-275

Name DOUGLAS HAUGABOOK

Address P.O. Box 7500

C.S.P. Pelican Bay State Prison

Crescent City California 95532.

CDC or ID Number P. 05982

Superier Court of The ~~City~~ State of California

In & for The City of San Francisco
(Court)

| | |
|---|---|
| Douglas Haugabook<br>Petitioner<br>vs.<br>Robert Hor Bel<br>Respondent, Warden C.S.P. Pelican Bay<br>STATE Prison | PETITION FOR WRIT OF HABEAS CORPUS<br><br>No. _____<br>*(To be supplied by the Clerk of the Court)* |

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved by the<br>Judicial Council of California<br>MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 at seq.;<br>Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.<br>www.USCourtForms.com

This petition concerns:

☐ A conviction                    ☐ Parole

☒ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☐ Other (specify): _____

1. Your name: Douglas Haugabook

2. Where are you incarcerated? C.S.P. Pelican Bay State Prison

3. Why are you in custody?   ☒ Criminal Conviction   ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

Robbery 2nd degree

b. Penal or other code sections: P.C. 212, 5 (c) 3 Strikes

c. Name and location of sentencing or committing court: San Francisco Superior Court

d. Case number: 162153

e. Date convicted or committed: 7/31/98

f. Date sentenced: 6/24/98

g. Length of sentence: 25 years to life

h. When do you expect to be released? 2020

i. Were you represented by counsel in the trial court?  ☒ Yes.  ☐ No. If yes, state the attorney's name and address:

Ian Loveseth - 819 Eddy Street San Francisco California 94115

4. What was the LAST plea you entered? *(check one)*

☐ Not guilty  ☒ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury  ☒ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Petitioners 14 Amendment Rights have been Violated Due to Plea not Being Intelligently & Knowingly (current conviction) my attorney talked me into taking A guilty plea by telling me that california congress will Amend california 3 strikes in th year 2000 before I got sentence. He also told me that my case went before A 3 strike hearing but it did not because I was never present At Any Hearing

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

On 6/24/98 petitioner pled guilty to P.C. 212.5 (robbery) and was sentenced to 25 years to life under the "3-strike Law." Petitioner suffers from a mental disorder: Schizophrenia and is on (psych) medication. Petitioner has had a mental condition for over 15 years, and have been on psychiatric medication on the streets and in prison. This petitioner did not understand his 5th & 6th Amendment rights as they were being waived. This petitioner does not understand those rights now. In the year 1998 (the month of June the Courts (Superior) my attorney Ian G. Loveseth & District Attorney Bob Gordon told me that if I accept (or take a plea) a plea bargain for 25 years to life (which also they stipulated on record) they told me that I can attack my priors strikes and conviction that I suffered in 1993 also I can raise issues under, I.A.C. which in 1993 my Public Defender William Mass was incompetent because he did not seek my medical records he also coherse me into taking a plea for 3 years and pleaing to two strikes. William Mass told me in the bullpen that → 3 years He misled me.

b. Supporting cases, rules, or other authority (optional): I could no longer waive Time

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

People V. Larry Jones 249 Cal. Rptr. 840, 205 Cal. App. 3d 456, (Cal. App 2 Dist 1988)
Boykin V. Alabama (U.S. 1969) 395 US 238, 242-243
Brady V. United States (US 1970) 397 US 742, 748-749, 755
Henderson V. Morgan (US 1976) 426 U.S. 637, 645
DeMeerleer V. Michigan (U.S. 1947) 329 US 663, 664-665

7. Ground 2 or Ground _____ (if applicable):

Petitioner's 6th Amendment Rights HAve Been Violated Due To Ineffective Assistance of counsel on this current conviction and in 1993. Both of my Attorneys William mass in 1993 told me I couldn't waive time that the D.A wanted me to plea to, two strikes & in 1995, 1996 thru 1998. Ian Loveseth did not seek my medical records and did not use a medical (or mental) defense in my case in 1998.

a. Supporting facts:

Petitioner suffers from a mental disorder (i.e. schizophrenia), trial counsel did not retrieve prison and General Hospital medical records to use as a defense in my case. Counsel focus on mental disorder was based on Penal Code 1026.5 to stay all proceedings indefinitely, instead of presenting mental state defense to a jury per Penal Code 28. Also In the People.V. Larry Jones case which applies to me (the petitioner) because no evidence was produced by the prosecutor that petitioners prior strikes in 1993 were valid, the prosecutor did not prove by reasonable doubt in open court that either case (or strikes) in 1993 were valid strikes, under section 667.5 the district Attorney #1 did not required proof that petitioner was previously convicted of a felony, #2 was imprisoned for the whole term which was for 3 years, therefor she district Attorney in 1993 did not state that if I suffered (or get arrested) for another conviction that I will become a three strike canidate. When I was about to take An guilty plea I an Love seth told me that in the holding cell that if I plea guilty he did not tell me that I was pleading to an indeterminate sentence or life in prison. On this case and in 1993 the District Attorney did not hAve supporting evidence to give me a valid (or valid strikes). Petitioner request for the plea/conviction to be vacated & Reversed due to I.A.C.

b. Supporting cases, rules, or other authority:

Strickland v. Washington (u.s. 1984) 466 US 688, 687
Hill v. Lockhart (US, 1985) 474 US 52, 56
Tollett v. Henderson (US, 1973) 411 US 258 267
Kimmelmann v. Morrison (US 1986) 477 US 365, 378
Murray v. Carrier (us 1986) 477 US 478, 496
Seidel v. Merkle (9th Cir, 1998) 146 F3d 750, 755

rt, Miles v. Stainer (9th Cir 1997) 108 F3d, 1109 1112 - 1114

8. Did you appeal from the conviction, sentence, or commitment?  ☒ Yes.  ☐ No.  If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

SAN FRANCISCO → SuperioR Court

b. Result  Denied                          c. Date of decision:  may 8 1999

d. Case number or citation of opinion, if known:  162-153

e. Issues raised: (1) Ineffective Assistance of counsel, 14 & 6 Amendment

(2) Rights have been violated by due process and by due to Plea not

(3) being Intelligently & Knowingly being waived. I also spend time add-
ressing mental issues

In 1993 and in 1998

f. Were you represented by counsel on appeal?  ☐ Yes.  ☒ No. If yes, state the attorney's name and address, if known:

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☒ No.  If yes, give the following information:

a. Result _____                   b. Date of decision: _____

c. Case number or citation of opinion, if known:  N/A

d. Issues raised: (1) While I was in court before I was sentence

(2) I spent some time Raising and addressing mental Health

(3) Issues to the court & to my defense lawyer also the Judge
And to the District Attorney, whose name is Bob Gordon

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

I raised some mental health issues and Bob Gordon the District Attorney
Stated that I spent some time raising mental issues but One of my writs was
denied because someone stated that I didn't raise any issues but I did raise issues

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

Prior to the guilty plea, petitioner was without
adequate Knowledge of his rights to fundamental
fairness and is now bringing forth those claims and
Rights. I have tried to explain to both to the Judge
and to the district attorney concerning my mental psychiatric
history pertaining to the fact that I suffered mental issues
and I take psych meds and I was on medication on the ~~streets~~
Streets or in the community and I am still on meds. to this very day
and True.

b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☒ No.
Attach documents that show you have exhausted your administrative remedies.  All remedies been exhausted

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: San FRanCisco SupeRioR couRt

(2) Nature of proceeding (for example, "habeas corpus petition"): _____

(3) Issues raised: (a) I raised issues concerning my mental condition and

(b) I raised issues concerning my attorney being ~~Ina~~ Ineffective Assistane of counseT

(4) Result (Attach order or explain why unavailable): _____

(5) Date of decision: 5/99

b. (1) Name of court: San FRanCisco SupeRioR CouRt

(2) Nature of proceeding: WRit Habeas corpus

(3) Issues raised: (a) Mental Health conditions

(b) _____

(4) Result (Attach order or explain why unavailable): _____

(5) Date of decision: 5/99

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
SAN FRANCISCO SupeRioR couRt-6/98- Judge trial and I also pleaded not guilty by reason of insanity I was interviewed by 3 mental Doctors, two of the Doctors found me Incompetent to stand trial but one did not & the Judge took my plea back

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
my claims or writ has been delayed because counsel, name ~~of an Att. Ian Loveset Iant~~ Ian Loveseth told me that he was going to do my writ but he never did

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address if known:
_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:
_____
_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
Like I said I was fooled & tricked into taking a life sentence but also In 1993 the prosecutor did not prove that both of my strikes were valid and she also did not prove at the preliminary hearing that I did not stay out of prison for 5 years In People V Larkey Jones

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _____

▶ Douglas Haugabrook
(SIGNATURE OF PETITIONER)



Supporting Facts

PAGE (a) 1

Petitioner prays THAT THIS
motion Be Granted

People of the State of California
Plaintiff

· V ·

Douglas Hauglbook
Defendant

C.D.C# P. 05982

Pelican Bay State Prison

NO# 162153000 motion for
points and authorities in
support of motion for writ of
Habeas corpus&995 Penal code, for
Dismissal of current charges.

Petitioner hereby moves this court to dismiss charges that
he deemed suffered in the year⑤ of 1995- 1998. Petitioner suffered
and was arrested and charged also was sentenced to 25 years to
life for robbery in the 2nd degree robbery (and victim miss Sanchez)
District attorney Bob Gordon was the prosecutor that was
prosecutor that was
assign to my case, which when I was arraign he, or the
very first plea bargain was 25 years to life and my (attorney)
public defender miss Beth Cohen who was assign to my case
after a little while she Beth Cohen stepped down from my case
and went outside of the (county jail) public defender's office and
sought and found a private attorney who's name and address is
as follows San H, Loveseth 819 Eddy Street San Francisco Calif,
94103,

Please Turn over on other side,

petitioner elects to move this court and pray that his charges under section 995 be dismissed for the following reasons. There was never a warrant issued for my arrest, the police officers who answered or who was paged for the crime only showed the victim and witness 3 photo spreads and one of the police officers only produced two other men and myself, two the victim and the witness that was present at the scene of the area where the crime was supposedly have happened at that area on Bryant street. In San Francisco California. While the victim and witness were shown just the 3 photo spreads the victim told the police officer that it looked like the petitioner but also that is not a for sure answered or that is not an for sure photo spread identification because that officer was forcing the victim and witness to identify petitioner and that is not right by law. So in the year of 1996 Beth Cohen my very first defense attorney fired herself from my case without informing me, all I really remember what went on in the court room the day I appeared in court was, the public defender Beth Cohen inform the Judge that she was stepping down off of my case and she went and found Jan 6 Loveseth and he will be representing me in the future, This is what she told the Judge.

NAME... Douglas Haugabook                              July 30, 2008

C.D.C # P. 05982 - Housing A5.112 u

P.O. Box 7500

Pelican Bay State Prison

Crescent City California
                    95532

                         Points & Authroties Cont.

                    ATTN

               Two the U.S. Court of Appeals Building

               95 Seventh Street San Francisco Calif

                         Zip code  94103


I AM Inmate Douglas Haugabook who's I AM
Incarcerating in (or at) C.S.P. Pelican Bay State Prison
I was convicted in Superior Court of San Francisco Calif
I was struck out for 2nd Degree Robbery which was on
October 16, 1995; I never agreed two a plea bargain for
a 25 to life sentence and futher most I never sign my
("John Doe") name on a piece of paper or on any paper work
or on any documentation. I AM being held illegally against
my will. Also I would like to be brought back or transported
from this prison two the federal or state court for a re sentence

Because the courts (the state court) have done me wrong by giving me a life sentence that I never agreed two or I never sign my name and the Judge Claude Perraso after she thought that I agreed two a plea bargain she just walked out the court room Department 25 (in June 1998) ~~and~~ while the court process was still going on. In other words, while I was in court going through the process the Judge Claude Perraso all of a sudden got up out of her chair walked out of the court room with no questions ask. Also between the years of 1999-2002, I was on time sending my writ/Habeas corpus two all of the state courts, but the District Attorney Bob Gordon who prosecuted or convicted me told me last year that I was late filing my writ/Habeas corpus but I was not late filing my writ and he also said that I never raised issues ~~but~~ but he said in court in 1998 of June that I raised issues concerning my mental status because I have been taking medication for over 15 years both on the streets of San Francisco and in prison. So as you can well see Both the Judge and the D.A. Bob Gordon took advantage of me because they knew that I was incompetent the 3 years that I was in 850 Bryant street county jail. I never was told How to start my writ and ~~so~~ theres no time constraint concerning a Habeas corpus. I pray that this motion is granted

APPENDIX
# 2

Douglas Hauga Book
C. D. C. No# P. 05982
Pelican Bay State Prison
P. O. Box 7500
Crescent CITY CA, 95532
In PRO. PER

INTELLIENCE PLUS CHARACTER
THAT IS THE GOAL OF TRUE EDUCATION

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

IN THE MATTER OF
DOUGLAS HAUGA BOOK

ON HABEAS CORPUS

PETITIONER

NO. 62153 ____

MOTION FOR APPOINTED
OF COUNSEL ON HABEAS CORPUS
GOV'T CODE, 15421
PEN. CODE, 1240 a

PETITIONER, DOUGLAS HAUGABOOK, HEREBY MOVES THIS COURT, FOR
AN-ORDER APPOINTED OF COUNSEL, TO REPRESENT HIM IN THE ABOVE-
ENTITLED MATTER. IN SUPPORT OF THIS MOTION, PETITIONER SUBMITS
AS, FOLLOWS

1. PLAINTIFF IS NOT ABLE TO AFFORD A DEFENSE COUNSEL.

(1)

2. The legal issues involved in this case are complex.

3. The Prison limits the Hours that Petitioner may have access to the Prison, Law-Library. And the Law materials thats contained there are very limited and the hours are not that long far as the time on the clock to spend inside the Law Library.

4. Petitioner had a limited Knowledge of the Law.

5. The ends of Justice would best be served in this case if an - Attorney, was appointed to represent petitioner.

wherefore, Petitioner prays that this motion be granted. and that counsel is appointed to represent Petitioner in this matter

Proof of service. By Mail
(C.C.P. Section. 101 a # 2015-5, 28 U.S.C. Sec 1746)

I Douglas Haugabook am a resident of Pelican Bay State Prison in the county of Del Norte State of California. ✓ I am over the age of (18) eighteen years and am a party to the above so entitled action My state Prison address is: Post Office Box 7500 Crescent City California 95531. On the August day of ___ 2007 I served the follow- ing (Set forth the exact title of documents) served). On the post MOTION FOR APPOINTED OF Counsel.

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage there on fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, crescent City Calif, addressed as follows
95531

APPENDIX

# 3

. On The case People. V. Larry Jones Defendant and Appellant
249 Cal. Rptr. 840, 203 Cal App. 3 d 456 People V. Larry
Jones, (Cal App 2 Dist. 1988) This case pertain to me concerning
when I suffered a robbery in the year of 1993.( but prior to that
I also suffered a grand theft in 1992). In the year of 1993 the
time when I got ~~was~~ arrested and which I was going through
court proceedings the prosecutor failed to prove in open court
that I petitioner was out of custody for 5 years or longer. Also
the prosecutor failed to bring up on record that (in 1993) if I
suffered another crime whether it may be a misdemeanor or
a felony that it could be used as an strikeable case
or that I will face up to 25 years to life in prison.
also in 1993 the prosecutor did not inform me or state or
record and she did not inform me the Judge or my ~~attorney~~
that either strike that they said were so call strikes in 1979
1992 and in 1993 could be used against me as a 25 to life
term in the near future. I would like to be remanded back
to the county of San Francisco California for an evidentiary hearing
under People. V. Duvall (Cal, 1995) 9 Cal 4 TH 464 475-478. Petitioner
request for his current conviction to be reversed / vacated due to
in 1993 (and) (1995) due to -Ineffective assistance of counsel.....
                    young
his other case People.v. (Larry Jones) it also pertains to my case due
to as follows, it requires the essence of the proof of my case

in 1993 where the District attorney did not prove beyond
resonable doubt where it says that she shall provide in pertinent
part (that it carryed on to this case) that I was enhanced on
this prison term where the court did impose on my prior prison
term where I was (on this case) strucked or stricken to 25 years
to life, which as well I did not complete my parole period on
the street or in custody before I was arrested on this case
which was in 1995 and (on this case) where the District attorney
Bob Harden did not prove that I suffered two so call strikes in
1993 where also on this case the District attorney did not prove
that I did in fact suffered two strikes in 1993.* And when
I or before I was sentence on this case Bob Harden the
District attorney did not prove in court that my 2 strikes
in 1995 were valid strikes. On this case neither the District
attorney or the judge Claude Penaso did not prove by reasonable
doubt that I (after 1993) was out of custody for 5 years (under
People. V. Larry Jones), and that I was out of prison for 5 years or
longer on this offense with which I was charged it could not
be infered that after my released (in 1995 when I parole from new
Folsom Sac IV) which followed on the expiration of my term) and
therefore the evidence was insufficient (on this case) to establish
that my prior prison term (in 1993) was completed for purposes
of enhancement West Ann. Penal Code 667.5. On a Separate prison
term for the purposes of the case of the People. V. Robert G 100n

Defendant Cr. 5387 184 Cal. Rptr. 652, 134 Cal. App. 3d 587, People V. Robert Green (Cal. App. 5 Dist. 1982) where this case also pertain to me on grounds because where evidence showed only that I petitioner was out of custody on date of offense with he and I was charged it could not be inferred that my (and his) release followed the expiration of my term and therefore evidence at the time was insufficient to establish that my prior prison term in 1993 was completed for purposes of enhancement, West Ann. Penal Code 667.5, A prior separate prison term for the purposes of this section shall mean a continuous completed period of ~~prior~~ prison incarceration imposed for the particular offense alone or in combination with any concurrent or consecutive sentences for other crimes including any reimprisonment on ~~so~~ revocation of parole which is not accompanied by a new commitment to prison, and including any reimprisonment after escape from such incarceration.

Petitioner elects ~~that he (I)~~ was treated unfairly because do to the fact that I could not afford an lawyer I was and I'm still on medication also Bob Gordon the District Attorney would and did not seemed to give me a decent deal, plus he wanted also the Judge Claude Penaso wanted me to ~~take~~ or accept a plea bargain for 25 years to life & I done so but later on, on another court date I tried to change my plea but neither the Judge ~~or~~ the District Attorney did not allow me to. I pray that this won't ~~be granted~~

4

1    THAT YOU WILL HAVE THOSE RIGHTS IN THIS SECOND TRIAL?

2            THE DEFENDANT:  YES.

3            THE COURT:  DO YOU UNDERSTAND THAT AT THE SECOND

4    TRIAL, IT WOULD NOT BE THE PROSECUTION'S BURDEN TO PROVE

5    ANYTHING AND THAT IT WILL BE YOUR BURDEN TO CONVINCE THE

6    JURY, IF YOU PROCEED WITH A JURY TRIAL, OR A JUDGE, IF YOU

7    WAIVE YOUR RIGHT TO A JURY TRIAL AT THE SECOND TRIAL, THAT

8    BY A PREPONDERANCE OF THE EVIDENCE YOU WERE INSANE AT THE

9    TIME OF THE COMMISSION OF THE OFFENSES WHICH YOU -- YOU HAVE

10   BEEN FOUND GUILTY OF IN YOUR FIRST TRIAL?  IS THAT CLEAR,

11   SIR?

12           THE DEFENDANT:  YES.

13           THE COURT:  DO YOU UNDERSTAND EVERYTHING THAT I'VE

14   JUST SAID TO YOU, SIR?

15           THE DEFENDANT:  NOT REALLY.

16           MR. LOVESETH:  WHAT DON'T YOU UNDERSTAND?

17           THE DEFENDANT:  I DON'T UNDERSTAND WHAT IT MEANS BY

18   "COMPEL."

19           THE COURT:  YOU MUST.  YOU HAVE TO.

20           THE DEFENDANT:  OH, OKAY.

21           THE COURT:  NOW, SIR, DO YOU UNDERSTAND EVERYTHING

22   THAT I'VE JUST SAID TO YOU?

23           THE DEFENDANT:  YES.

24           THE COURT:  MR. HAUGHABOOK, DO YOU UNDERSTAND THAT

25   IF YOU ARE FOUND NOT GUILTY BY REASON OF INSANITY, THAT

26   AFTER AN EXAMINATION OF YOU UNDER SECTION 1026 BY THE COUNTY

27   MEDICAL DIRECTOR, THAT YOU COULD, IF FOUND NOT TO HAVE

28   RECOVERED YOUR SANITY AND TO CONSTITUTE A DANGER TO YOURSELF

B4

1    there is a factual basis, therefore the court finds there

2    is a factual basis for entering of the plea and

3    admissions. The court further finds defendant has been

4    advised of his rights, voluntarily, intelligently waived

5    those rights and has entered his plea and admission well

6    knowing the consequences thereof.  Therefore they will be

7    accepted.

8         Matter continued to July 7th at 9:00 a.m. For

9    sentence. Matter is referred to the adult probation for

10   preparation of that presentence report.

11        Other counsel and allegations, counsel.

12             MR. GORDON: Yes, judge, thank you. The people

13   wanted to put a couple things on the record here.  We had

14   a pretrial here perhaps as much as three hours of this

15   court's time and we appreciate that, and the reasonfor

16   that is the case is somewhat unusual.  It dates from 1995.

17   It has taken three years to arrive at this stage.

18    ✳ The defendant's initial exposure had he been found

19   guilty at a jury trial was some 85 years to life, and in

20   examining the case it became clear that the defendant had

21   spent some time addressing mental health issues, and in

22   examining the case it became clear that the defendant may

23   have presented evidence of relating to psychiatric

24   defenses, the people made the judgment that a plea of 25

25   year to life would serve the public and ensure a

26   conviction.  For that reason we did enter into this

27   conviction, and disposition.                    All

28        And for those reasons also we ask the court to strike

APPENDIX

# 4

"by mere inadvertence or want of attention and to point out omissions in evidence and defects in pleadings which are likely to result in decision other than on merits, and, within reasonable limits; by proper questions clearly to bring out facts so that important functions of his office may be justly performed." (see LOMBARDI U. CITIZENS Nat. TRUST and SAVINGS BANK, (1955) 137 CA2d 206, 289 P2d 823).)

" Judge is not mere umpire presiding over contest of wits between professional opponents, but judicial officer entrusted with grave task of determining where justice lies under the law and facts between parties who have sought protection of Courts; within reasonable limits, it is not only right but also duty of trial judge clearly to bring out facts so that important functions of his office may be fairly and justly performed." (see ROSENTHAL U. ROSENTHAL, (1961) 197 CA2d 289, 17 Cal. Rptr. 186).)


Pursuant to the sentencing court's sentenced pronounced upon petitioner here and the above authorities hereby files this "Petition for Writ of Habeas corpus" on the United States Court of Appeals recent decisions in United States U. Cervantes, cites as 2002 DJDAR 2415; Based on this intervening and controlling decision, and again pursuant to this Court's pronounced sentenced, petitioner now moves this court to reverse the sentence and remand this matter for sentence as a matter of Law.

( 3 of six "B" )

As the Court's records in this matter indicate, Petitioner was Sentenced after a guilty plea bargain to 25 years life to the State prison for Second Degree Robbery. (See Exh. "A").

## ARGUMENTS
### I.

PETITIONER WAS DENIED HIS STATE AND FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW

Petitioner submits the United States Court of Appeals, for the Ninth circuit's intervening and controlling decision in Sanchez requires that this Court in this case reverse the sentence pronounced and remand for sentence consistent with constitutional Laws as a matter of Law. In reaching Its conclusion that the rule announced in 'APREND v. New JERSEY' is not bedrock procedural rule and, thus does not apply retroactively. (See SANCHEZ-CERVANTES, cites as 2002 DJ DAR 2415).

The Ninth circuit in Sanchez performed a legal analysis upon non retrobactivity which is remarkably similar to the sentencing court in retroactively imposing the sentence here under the Three Strikes your out "1994" Law.

The United States Court of Appeals, for the Ninth circuit's

(3 of 6 "C")

intervening decision in Sanchez mandates the reversal of the sentence pronounced under the Three Strikes provision in the context of retroactivety, which was based on reasoning that mirrors the TEAGUE V. LANE's non retroactivity doctrine on remarkably similar facts. The Ninth circuit has determined in Sanchez that the Rule announced in Apprend V. New Jersey, is not bedrock procedural rule and, thus does not apply retroactively.

The Ninth circuit there flatly rejected the notion of retroactive effect, that where as, Sanchez-Cervantes argued that Apprend must be retroactive because the cases upon which it relies had previously been given retroactive effect by the Supreme court. The reasoning in Apprend stems primarily from In re WINSHIP, where the Supreme Court held that a defendant cannot be convicted of a crime unless there is proof beyond a reasonable doubt of every element of the offense. The Supreme court later held that the rule established in WINSHIP must be given retroactive effect. Then in MALLANEY V. WILBUR, the court extended WINSHIP by holding that the state was required to prove the absence of provocation in a homicide beyond a reasonable doubt. This rule was also made retroactive. (See Sanchez-Cervantes, 2002 DJDAR 2415.)

Here, petitioner submits that because the Three Strikes 1994
(3 of 6 "D")

Law is limited to the State of California retroactively coming into effect rule and fails to "surpass importance" established in TEAGUE'S two narrow exceptions, it must not be retroactively applied to petitioner's final convictions Strikes (1) and (2).)

TEAGUE V. LANE, 489 U.S. 288, 109 S.ct. 1060, 103 L.Ed. 2d 334 (1989), there the Supreme Court held that a new constitutional rule of criminal procedure cannot be retroactively applied in a habeas proceeding, unless the new rule falls within one of two narrow exceptions. TEAGUE, 489 U.S. at 316.

Here because The Three Strikes 1994 Law is limited to the State of California and is not bedrock procedural rule to over come TEAGUE'S principle, this Court is compelled to render the juror's truth finding function here was rend-impaired substantially and so raises serious questions about the accuracy of the sentencing court's true findings upon Strikes (1) and (2) for purposes of retroactively applying to petitioner's Current Conviction.

"A new rule for TEAGUE purposes is one where the result was not dictated by precedent existing at the time the defendant's conviction became final.' ... The question is ' "whether a State court considering [the defendant's] Claim at the time his conviction became final would have felt compelled by existing precedent to conclude
(3 of 6 "E")

PROOF OF SERVICE BY MAIL

I, DOUGLAS HAUGHABOOK, certifies that I am: A resident of ~~Solano County~~; over the Age of (18); and is a party to the within cause of action entitled: "APPLICATION FOR A WRIT OF HABEAS CORPUS".

Placed said document within a sealed envelope; with postage fully prepaid to the U.S. postal services; after Departmental's officer's inspection, dotting, and signing said document addressed as follows:

Clerk of The jccourt
Superior Court of The State of California
SAN FRANCISCO County

Department of Justice
Attorney General's Office
455 GOLDEN GATE AVE. 11000
SAN FRANCISCO, CA. 94102

I declare under the penalty of Perjury that the foregoing is true and correct.
DATED: 7-30-2008
        7-30-2008

By: Douglas Haughabook
    Douglas Haughabook, declarant
        In Pro-se.