**E-filing**

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3860 SI (PR)

Douglas Haugabook, Plaintiff,

vs.

Warden at Pelican Bay Prison
Robert A Horel, Defendant.

CASE NO. 162153-160683 1

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Douglas Haugabook, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: I have no funds or income  Net: none

Employer: none

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA PAUPERIS, Case No._____

The last time that I was employed was in 1988 making medium wage which was $5.00 a hour I am indigent and I can't afford a attorney I will represent myself when I am brought back two court

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  In the year of 1980 my Father own A Business
4  which he named it (his contract Business) Golden Gate
5  And Painting Decorating and I only worked for him for a few months
   I Have no Funds from that labor up until this Day
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or            Yes ___ No ✓
9          self employment
10    b.   Income from stocks, bonds,         Yes ___ No ✓
11         or royalties?
12    c.   Rent payments?                     Yes ___ No ✓
13    d.   Pensions, annuities, or            Yes ___ No ✓
14         life insurance payments?
15    e.   Federal or State welfare payments, Yes ___ No ✓
16         Social Security or other govern-
17         ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  $ no
21  _____
22  3.   Are you married?                     Yes ___ No ✓
23  Spouse's Full Name: none
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $ none          Net $ none
27  4.   a.   List amount you contribute to your spouse's support : $ n/a
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. n/a            - 2 -

1    and indicate how much you contribute toward their support. (NOTE: For minor
2    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3    n/A, none, I do not have any children or a spouse
4    I have no Income I AM Indigent
5    5.    Do you own or are you buying a home?    Yes ___ No ✓
6    Estimated Market Value: $ n/A    Amount of Mortgage: $ n/A
7    6.    Do you own an automobile?    Yes ___ No ✓
8    Make n/A    Year n/A    Model n/A
9    Is it financed? Yes ___ No ✓ If so, Total due: $ n/A
10   Monthly Payment: $ n/A, I do not have a JOB
11   7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
12   Name(s) and address(es) of bank: n/A
13   
14   Present balance(s): $
15   Do you own any cash? Yes ___ No ✓ Amount: $
16   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17   market value.) Yes ___ No ✓
18   
19   8.    What are your monthly expenses? n/A I do not have any monthly expenses
20   Rent: $ ———— n/A    Utilities: ———— n/A
21   Food: $ ————    Clothing: The State supply my clothing
22   Charge Accounts:
23   Name of Account n/A    Monthly Payment n/A    Total Owed on This Acct.
24   n/A    $ n/A    $ n/A
25   n/A    $ n/A    $ n/A
26   ____    $ ____    $ ____
27   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28   they are payable. Do not include account numbers.) n/A

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____    - 3 -

1
2
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                    Yes ___  No ✓
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.
13
14 May 23, 2008                          Mr. Douglas Haugabook
15      DATE                                SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 4 -

1

2                                         Case Number: **162153**

3

...

9                    **CERTIFICATE OF FUNDS**

10                              **IN**

11                    **PRISONER'S ACCOUNT**

12

13    I certify that attached hereto is a true and correct copy of the prisoner's trust account

14    statement showing transactions of __N/A I have no funds in my account__ for the last six months at

15                                        [prisoner name] __Douglas Haugabook__

16    __Pelican Bay State Prison__ where (s)he is confined.

17        [name of institution]

18        I further certify that the average deposits each month to this prisoner's account for the most

19    recent 6-month period were $ __N/A__ and the average balance in the prisoner's account

20    each month for the most recent 6-month period was $ __N/A,__ .

21

22    Dated:_____                    _____

23                                       [Authorized officer of the institution]

- 5 -



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

ATTn... U.S Court of Appeals Building
95 Seventh Street San Francisco California
94103

NAME: Douglas Hougabook
CDC|NO: P05982 HOUSING: A5 112
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

LEGAL MAIL

Legal Mail

ATTN
↓
U.S. Court of Appeals Building
95 Seventh Street San Francisco California
ZIP code 94103

Legal Mail

Date 7-30-08