UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HAUGABOOK, | No. C 08-3860 SI (pr) |
| Petitioner, | **ORDER AMENDING ORDER** |
| v. | |
| ROBERT A. HOREL, warden, | |
| Respondent. / | |

In the order filed on October 28, 2008, the last phrase of the first sentence on page 3 was inadvertently omitted. The October 28, 2008 order is now amended to add to the end of the sentence the phrase "respondent is of the opinion that such a motion to dismiss is unwarranted in this case." As amended, the sentence now will read: "Accordingly, pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254, respondent must either (1) move to dismiss the petition on the ground that it is untimely, or (2) inform the court that respondent is of the opinion that such a motion to dismiss is unwarranted in this case."

IT IS SO ORDERED.

DATED: November 17, 2008

_____
SUSAN ILLSTON
United States District Judge