UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HAUGABOOK, | No. C 08-3860 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| ROBERT A. HOREL, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> application for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Arthur Beever, the court GRANTS respondent's application. (Docket # 8.) Respondent's motion to dismiss filed January 13, 2009 is deemed timely filed. Petitioner must file and serve his opposition to the motion to dismiss no later than **April 24, 2009**. Respondent must file and serve his reply brief (if any) no later than **May 15, 2009**.

IT IS SO ORDERED.

DATED: March 9, 2009

_____
SUSAN ILLSTON
United States District Judge