UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HAUGABOOK, | No. C 08-3860 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT A. HOREL, warden, | |
| Respondent. | |

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 5, 2009

_____
SUSAN ILLSTON
United States District Judge